WELLINGTON KENWELL, Appellant, *v.* CLARENCE F. LEE, as Supervisor of the Town of Inlet, et al., Respondents.

(Submitted June 12, 1933; decided June 13, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 113.)

DAVID A. BROWN, Appellant and Respondent, *v.* MYER DAVIDOW, Appellant, and WALTER E. BEDELL et al., Respondents.

(Submitted June 12, 1933; decided June 13, 1933.)

*George P. Halperin* for motion.
*Abraham Benedict* opposed.

Motion denied.